UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA PATTY RANGEL–HERNANDEZ<br><br>Plaintiff(s),<br><br>v.<br><br>KELLOGG SALES COMPANY, et al.<br><br>Defendant(s). | Case No.:<br>8:22–cv–00886–CJC–KES<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by June 29, 2023.  Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until August 28, 2023 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on **Monday, October 30, 2023 at 03:00 PM**. Full compliance with Local Rule 16 is required.

[4] The case is set for a **jury trial, Tuesday, November 7, 2023 at 08:30 AM.**

///

[5] The parties are referred to ADR Procedure No. 3 – Private Mediation. The parties shall have until July 13, 2023 to conduct settlement proceedings. The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: June 30, 2022

Cormac J. Carney
United States District Judge

cc: ADR OFFICE